UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENERGY MICHIGAN, INC., and
ASSOCIATION OF BUSINESSES
ADVOCATING TARIFF EQUITY,

        Plaintiffs,          Case Number 20-12521
v.          Honorable David M. Lawson

DANIEL C. SCRIPPS, KATHERINE L.
PERETICK, and SHAQUILA MYERS,

        Defendants,

and

CONSUMERS ENERGY COMPANY,

        Intervening defendant.
_____/

## ORDER ADJOURNING TRIAL AND PRETRIAL DEADLINES

This matter is scheduled to proceed to a bench trial on January 20, 2026. The parties have filed dispositive motions, which remain pending. The Court finds that it is necessary to adjourn the presently scheduled trial and related deadlines to allow fulsome consideration of the issues presented. The Court will adjourn the trial and final pretrial conference dates, as well as the deadline for submitting the proposed joint final pretrial order.

Accordingly, it is **ORDERED** that the trial and final pretrial conference are **ADJOURNED**, and the scheduling order is **AMENDED** as follows: The parties must submit a proposed joint final pretrial order **on or before January 20, 2026**. The parties shall appear for a final pretrial conference **on January 27, 2026 at 11:00 a.m.** Trial will begin **on February 18, 2026 at 8:30 a.m.**

- 2 -

All other provisions of the post-remand scheduling order remain in full force and effect.

s/David M. Lawson<br>
DAVID M. LAWSON<br>
United States District Judge

Dated:   December 4, 2025