UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENERGY MICHIGAN, INC., and
ASSOCIATION OF BUSINESSES
ADVOCATING TARIFF EQUITY,

        Plaintiffs,                  Case Number 20-12521
v.                                         Honorable David M. Lawson

DANIEL C. SCRIPPS, KATHERINE L.
PERETICK, and SHAQUILA MYERS,

        Defendants,

and

CONSUMERS ENERGY COMPANY,

        Intervening defendant.
_____/

## ORDER ADJOURNING TRIAL AND PRETRIAL DEADLINES

        This matter is scheduled to proceed to trial before the Court sitting without a jury on February 18, 2026. However, the parties have filed dispositive motions, which remain pending. The Court finds that it is necessary to adjourn the presently scheduled trial and related deadlines to allow fulsome consideration of the issues presented. The Court will adjourn the trial and final pretrial conference and suspend the deadline for submitting the proposed joint final pretrial order schedule until the pending motions are resolved

        Accordingly, it is **ORDERED** that the trial and final pretrial conference are **ADJOURNED** without date and the remaining scheduling benchmarks are **SUSPENDED** until further order of the Court.

- 2 -

All other provisions of the post-remand scheduling order remain in full force and effect.

                                                        s/David M. Lawson  
                                                        DAVID M. LAWSON  
                                                        United States District Judge

Dated: January 16, 2026